**CLARK GULDIN**
20 Church Street—Suite 15
Montclair, New Jersey 07042
973.206.5789
973.206.5790 (Fax)
    - and -
**WAVELAND LAW GROUP, LLC**
55 West Wacker Drive, 14th Floor
Chicago, IL  60601
312.456.7745
312.277.3436 (Fax)
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PANIAGUA GROUP, INC., an Illinois Corporation<br><br>Plaintiff,<br>v.<br><br>HOSPITALITY SPECIALISTS, LLC, a New Jersey Limited Liability Company; BUILDING SERVICE AND HOSPITALITYSOLUTIONS, LLC, a New Jersey Limited Liability Company; BUILDING SERVICES SOLUTIONS, LLC, a New Jersey Limited Liability Company; and GREG CIRIGNANO, a New Jersey resident, FLORENCE CIRIGNANO, a New Jersey resident, and MICHAEL CATER, a New Jersey resident, all d/b/a BUILDING SERVICE HOSPITALITY SPECIALIST.<br><br>Defendants. | Document Electronically Filed<br><br>Civil Action No.  1:11-cv-6003-JEI-AMD<br><br><br>**NOTICE OF MOTION FOR ENTRY OF DEFAULT JUDGMENT** |

TO:   Andre A. Norwood, Esq.
        Law Office of Andre Norwood
        116 North 2nd Street, Suite 107
        Camden, New Jersey 08102
        856-964-4000 (telephone), 856-964-4700 (Fax)
        *Attorney for Remaining Defendants*

00015357 - 3

**PLEASE TAKE NOTICE**, that upon the accompanying Affidavit of Jonathan T. Guldin, dated August 21, 2014, Affidavit of John N. Walker, Esq., dated August 14, 2014, Affidavit of Alfred Paniagua, dated August 15, 2014, Memorandum of Law, and all prior papers and proceedings heretofore had herein, Plaintiff Paniagua Group, Inc. ("Paniagua"), by its attorneys Clark Guldin and the Waveland Law Group, LLC, will move before Magistrate Judge Ann Marie Donio, Room 3B, Mitchell H. Cohen Federal Building, 4th and Cooper Streets, Camden, New Jersey, on September 15, 2014 at 9:30 a.m., or as soon thereafter as counsel can be heard, for an Order pursuant to Fed. R. Civ. P. 55(b) for entry of a Default Judgment against Defendants, Florence Cirignano and Michael Cater, and such other relief as the Court deems just and proper.

Dated:  August 21, 2014

    Respectfully submitted,
**CLARK GULDIN**
*Attorneys for Plaintiff*

By:   /s/ Jonathan T. Guldin
Jonathan T. Guldin

**CLARK GULDIN**
20 Church Street—Suite 15
Montclair, New Jersey 07042
973.206.5789
973.206.5790 (Fax)

- and -

By:   /s/ John N. Walker
John N. Walker *(pro hac vice)*

**WAVELAND LAW GROUP, LLC**
55 West Wacker Drive, 14th Floor
Chicago, IL  60601
312.456.7745
312.277.3436 (Fax)
*Attorneys for Plaintiff*