**CLARK GULDIN**
20 Church Street—Suite 15
Montclair, New Jersey 07042
973.206.5789
973.206.5790 (Fax)
     - and -
**WAVELAND LAW GROUP, LLC**
55 West Wacker Drive, 14th Floor
Chicago, IL  60601
312.456.7745
312.277.3436 (Fax)
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PANIAGUA GROUP, INC., an Illinois Corporation<br><br>Plaintiff,<br>v.<br><br>HOSPITALITY SPECIALISTS, LLC, a New Jersey Limited Liability Company; BUILDING SERVICE AND HOSPITALITYSOLUTIONS, LLC, a New Jersey Limited Liability Company; BUILDING SERVICES SOLUTIONS, LLC, a New Jersey Limited Liability Company; and GREG CIRIGNANO, a New Jersey resident, FLORENCE CIRIGNANO, a New Jersey resident, and MICHAEL CATER, a New Jersey resident, all d/b/a BUILDING SERVICE HOSPITALITY SPECIALIST.<br><br>Defendants. | Document Electronically Filed<br><br>Civil Action No.  1:11-cv-6003-JEI-AMD<br><br><br><br>**CERTIFICATION OF SERVICE** |

    I, JONATHAN GULDIN, being duly sworn, hereby certify as follows:

    1.    I am an attorney for the Plaintiff Paniagua Group, Inc.  ("Paniagua") in the above captioned action, and I am familiar with the file, records, and pleadings in this matter.

    2.    I certify that, on August 21, 2014, Paniagua's Notice of Motion for Entry of Default Judgment, Affidavit of Jonathan T. Guldin, Esq., Affidavit of John N. Walker,

Esq., Affidavit of Alfred Paniagua, Memorandum of Law in Support of Motion for Entry of Default Judgment, and proposed Order of Default Judgment were served electronically on the Court and all parties entitled to service of notice in this case by filing same with this Court's CM/ECF system.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

By: /s/ Jonathan T. Guldin
Jonathan T. Guldin

**CLARK GULDIN**
20 Church Street—Suite 15
Montclair, New Jersey 07042
973.206.5789
973.206.5790 (Fax)
        - and -
**WAVELAND LAW GROUP, LLC**
55 West Wacker Drive, 14th Floor
Chicago, IL  60601
312.456.7745
312.277.3436 (Fax)
*Attorneys for Plaintiff*