[Doc. No. 79]

```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW JERSEY
                      CAMDEN VICINAGE
```

PANIAGUA GROUP, INC.,                  Civil No. 11-6003 (AMD)

        Plaintiff,

  v.

HOSPITALITY SPECIALISTS, LLC,
et al.,

        Defendants.

## ORDER

This matter comes before the Court by way of Plaintiff Paniagua Group, Inc.'s (hereinafter, "Plaintiff") motion seeking a default judgment against Defendants Florence Cirignano and Michael Cater. (See Motion for Default Judgment as to Florence Cirignano and Michael Cater [Doc. No. 79].) The Court notes that the matter had been scheduled for trial on November 19, 2014, at which time Adriane Price, Esquire, and John N. Walker, Esquire, appeared on behalf of Plaintiff; and Andre A. Norwood, Jr., Esquire, appeared on behalf of Defendants Hospitality Specialists, LLC, Building Service and Hospitality Solutions, LLC, Building Services and Solutions, LLC, and Greg Cirignano, d/b/a Building Service Hospitality Specialist. On November 19,

2014, Plaintiff reached an agreement of settlement with certain Defendants as set forth on the record. Consequently, for the reasons set forth on the record and for good cause shown,

IT IS on this 19th day of November 2014:

**ORDERED** that Plaintiff's motion for default judgment [Doc. No. 79] shall be, and is hereby, **DISMISSED WITHOUT PREJUDICE** as to Defendant Florence Cirignano pursuant to the settlement agreement between the parties; and it is further

**ORDERED** that Plaintiff's motion for default judgment [Doc. No. 79] shall be, and is hereby, **DISMISSED WITHOUT PREJUDICE** as to Defendant Michael Cater with the right to refile the motion within ten (10) days of entry of this Order.

s/ Ann Marie Donio
ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE